THE STATE OF OHIO, APPELLANT, *v.* VIRAGH, APPELLEE.

[Cite as State *v.* Viragh (1989), 47 Ohio St. 3d 610.]

(No. 88-1625—Submitted October 25, 1989—Decided November 29, 1989.)

*John T. Corrigan,* prosecuting attorney, and *Edward M. Walsh,* for appellant.

*Gold, Rotatori, Schwartz & Gibbons Co., L.P.A.,* and *Niki Z. Schwartz,* for appellee.

This appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.